AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Brody, Anita B. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>05/30/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
Independence Mall West
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Board of Visitors, Columbia Law School |
| 2. Trustee | Family Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 05/30/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Commonwealth of Pennsylvania-pension | $30,691.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Colby College | May 20, 208 - May 21, 2018 | Waterville, ME | Award presentation | Transportation and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 05/30/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 05/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank Accounts (H) | | | | | | | | | |
| 2. Wells Fargo - bank accounts | A | Interest | K | T | | | | | |
| 3. Family Trust #2 (H) | | | | | | | | | |
| 4. - Wellington Fund Admiral | E | Dividend | N | T | | | | | |
| 5. - Total Bond MKT Index Adm | D | Dividend | M | T | Sold (part) | 01/05/18 | L | | |
| 6. - Total Stock Mkt Idx Adm | D | Dividend | O | T | | | | | |
| 7. - Growth Index Fund Adm | B | Dividend | L | T | Buy | 01/05/18 | L | | |
| 8. IRA #3 (H) | | | | | | | | | |
| 9. - Vanguard Total Bond Market Index Fund Admiral Shares | D | Dividend | N | T | Distributed (part) | 01/04/18 | L | | |
| 10. | | | | | Distributed (part) | 06/01/18 | L | | |
| 11. - Vanguard Total Stock Market Index Fund Admiral Shares | E | Dividend | P1 | T | | | | | |
| 12. - Wellington Fund Admiral Shares | E | Dividend | N | T | | | | | |
| 13. Education Account #1 (H) | | | | | | | | | |
| 14. - NH Portfolio 2018 (Index) | | None | | | Sold | 06/04/18 | L | | |
| 15. - NH Portfolio 2018 | | None | | | Sold | 06/04/18 | L | | |
| 16. Education Account #3 (H) | | | | | | | | | |
| 17. - Fidelity Cash Account | | None | | | Closed | 01/03/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int ) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e g , buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Education Account #5 (H) | | | | | | | | | |
| 19. - NH Portfolio 2015 (Index) | | None | L | T | Buy (add'l) | 07/19/18 | J | | |
| 20. - NH Portfolio 2015 | | None | L | T | Buy (add'l) | 07/19/18 | J | | |
| 21. Education Account #6 (H) | | | | | | | | | |
| 22. - NH Portfolio 2024 (Index) | | None | L | T | Buy (add'l) | 07/10/18 | J | | |
| 23. - NH Portfolio 2024 | | None | L | T | Buy (add'l) | 07/10/18 | J | | |
| 24. Education Account #7 (H) | | | | | | | | | |
| 25. - NH Portfolio 2024 (Index) | | None | L | T | Buy (add'l) | 07/10/18 | J | | |
| 26. - NH Portfolio 2024 | | None | L | T | Buy (add'l) | 07/10/18 | J | | |
| 27. Education Account #8 (H) | | | | | | | | | |
| 28. - NH Portfolio 2021 (Index) | | None | L | T | Buy (add'l) | 07/10/18 | J | | |
| 29. - NH Portfolio 2021 | | None | L | T | Buy (add'l) | 07/10/18 | J | | |
| 30. Ameriprise Financial stock | A | Dividend | K | T | | | | | |
| 31. Brokerage Account #2 (H) | | | | | | | | | |
| 32. - Fidelity Treasury MMkt FD | A | Interest | J | T | | | | | |
| 33. - Third Avenue Focused Credit Fund Investor | A | Distribution | | | Sold | 06/28/18 | J | | |
| 34. Brokerage Account #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 05/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Fidelity Inter Mediate Muni Income | D | Dividend | M | T | Sold (part) | 01/02/18 | L | | |
| 36. - Fidelity Total Mkt Index | E | Dividend | O | T | Buy (add'l) | 01/03/18 | N | | |
| 37. - Fidelity 500 Index Premium Class | D | Dividend | | | Buy (add'l) | 01/02/18 | L | | |
| 38. | | | | | Buy (add'l) | 01/03/18 | L | | |
| 39. | | | | | Merged (with line 41) | 11/02/18 | N | | |
| 40. -Fidelity Government Money Market | A | Interest | J | T | | | | | |
| 41. -Fidelity 500 Index Fund | C | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Brody, Anita B.** | 05/30/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 17 was the remaining cash balance in the education account at the end of the prior year which was distributed in 2018 and closed.

Part VII, Lines 16-29. Although I understand the form requires income to be listed for each investment in column B of Part VII, "none" has been reported because the statements provided to me from the educational accounts do not provide such detail.

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Brody, Anita B.** | 05/30/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anita B. Brody**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544